IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID VONSEGGERN, | |
| Plaintiff, | 8:06CV299 |
| vs. | ORDER |
| DALE E. RIESBERG, et al., | |
| Defendants. | |

This matter is before the court *sua sponte.* On May 5, 2006, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 9. No such report has been filed.

Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before July 24, 2006 or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 12th day of July, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge